FILED 14 SEP '22 10:25 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

Gerald Leroy Barnes II
_____
*(Enter full name of plaintiff)*

Plaintiff,

v.

Audrey Ortiz
_____
_____
*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 6:22-cv-01384-AA
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded
[X] Yes    [ ] No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

Plaintiff

Name: Gerald Leroy Barnes II
Street Address: 2600 Center St NE
City, State & Zip Code: Salem OR 97301-2669
Telephone No.: 503 947-2724

Complaint for Violation of Civil Rights (Prisoner Complaint)    1
[Rev. 01/2018]

**Defendant No. 1**  Name: Audrey Ortiz
Street Address: 2600 Center St NE
City, State & Zip Code: Salem OR. 97301 2669
Telephone No.: 503 947-2724

**Defendant No. 2**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 3**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

**Defendant No. 4**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No.: _____

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

The right to copy leagal documents or go to the Law library, And complet my paperwork sent back from united states District court

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Audrrey ortiz prevented me from making copys of leagel documents, And told me i had to wait till friday to go to the law library. A said my case worker was the one who could make me copys on 8/31/22. When i finished my documents i got back from the Courts, treying to get them in the mail by 9/1/22. If i wasn't forced to be here, i wouldn't be asking for copys, or sueing this many people. Injuries suffered ptsd

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☒ Yes    ☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

monetary compensation from Audrey Ortiz. 10 million dollars.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __31__ day of __Aug__, 20__22__

_____
(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)    5
[Rev. 01/2018]